819 A.2d 544

Lori TAYLOR in her own Right and as Parent and
Natural Guardian of Ryan E. Taylor, a Minor,

v.

The WASHINGTON HOSPITAL, Paul Wodlinger, M.D., Edward
Foley, M.D., Individually and t/d/b/a Pediatric Associates of
Washington, and Children's Hospital of Pittsburgh.

Appeal of Paul Wodlinger, M.D. and Edward Foley,
M.D., Individually and t/d/b/a Pediatric
Associates of Washington.

Appeal of the Washington Hospital.

Supreme Court of Pennsylvania.

Argued March 4, 2003.

Decided March 24, 2003.

William D. Phillips, Kathleen Smith-Delach, Washington, for
Paul Wodlinger, M.D., et al.

Wendy E. Dunne Smith, Pittsburgh, David L. McClenahan,
Edward Victor Weisgerber, John Wesley Jordan, IV, Philip B.
Hart, for Washington Hospital.

John Matthew Horgan, for Childrens Hospital of Pittsburgh.

Jeffrey Thomas Olup, Charleroi, Jack Milton Beam, Bradley
M. Bassi, Charleroi, Geoffrey N. Fieger, Pro Hac Vice, for
Lori Taylor, et al.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN,
SAYLOR, EAKIN and LAMB, JJ.

692

## *ORDER*

PER CURIAM.

Appeals dismissed as having been improvidently granted.